1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /ne
8  Attorney for Plaintiff
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12 MOLLY E. STEWART,                  ) Civil No. 05-02317 PVT
                                      )
13              Plaintiff,            )
                                      )
14 v.                                 ) STIPULATION AND ORDER
                                      )
15 JO ANNE B. BARNHART,               )
   Commissioner, Social Security     )
16 Administration,                    )
                                      )
17              Defendant.            )
                                      )
18                                    )
                                      )
19 ─────────────────────────────────
20      Plaintiff and Defendant, through their respective attorneys,
21 hereby stipulate that Plaintiff shall have an extension of time
22 up through and including Friday, November 11, 2005 in which to e-
23 file his Motion for Summary Judgment.  This extension is
24 necessitated by the number of other cases Plaintiff's counsel
25 currently his before the district court that also require
26 briefing.
27
28

                                  1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: October 12, 2005             /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney



Dated: October 11, 2005             /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    MOLLY E. STEWART


IT IS SO ORDERED.


Dated: 10/14/05                     _____
                                    HON. PATRICIA V. TRUMBULL
                                    Magistrate District Judge
```

STIPULATION AND ORDER                    2