HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY E. STEWART, ) | Civil No. 05-02317 PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, December 12, 2005 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                      _____
                                      KEVIN V. RYAN
                                      United States Attorney



Dated: November 4, 2005               /s/_____
                                      SARA WINSLOW
                                      Assistant U.S. Attorney




Dated: November 1, 2005               /s/_____
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff
                                      MOLLY E. STEWART


IT IS SO ORDERED.


Dated:  11/14/05                      /s/ Patricia V. Trumbull
                                      HON. PATRICIA V. TRUMBULL
                                      Magistrate District Judge
```

STIPULATION AND ORDER