```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOLLY E. STEWART,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  05-02317 PVT<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on February 13, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on March 15, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Geralyn Gulseth.

1  This is defendant's first request.

5  Dated: February 3, 2006                   /s/
                                         HARVEY P. SACKETT
6                                        Attorney for Plaintiff

                                         KEVIN V. RYAN
8                                        United States Attorney

12 Dated: February 7, 2006        By:       /s/
                                         SARA WINSLOW
13                                       Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated:  2/8/06                        PATRICIA V. TRUMBULL
20                                       United States Magistrate Judge

STEWART, EXT.MXSJ (gg)
C 05-02317 PVT                              2