```
 1  JOSEPH P. RUSSONIELLO, SBN CA 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    GERALYN A. GULSETH, SBN CA 160872
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone:  (415) 977-8923
         Facsimile:  (415) 744-0134
 7
    Attorneys for Defendant
 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12  MOLLY STEWART,              )
                                )   CIVIL NO. C-05-02317 PVT
13       Plaintiff,             )
                                )   STIPULATION AND [PROPOSED] ORDER
14       v.                     )   AWARDING ATTORNEY FEES UNDER
                                )   THE EQUAL ACCESS TO JUSTICE ACT
15  MICHAEL J. ASTRUE,          )   (28 U.S.C. § 2412(d))
    Commissioner of             )
16  Social Security,            )
                                )
17       Defendant.             )
                                )
18  _____ )
```

        IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND, FOUR HUNDRED AND TWENTY-SIX DOLLARS AND ELEVEN CENTS ($4,426.11) and costs in the amount of TWO HUNDRED AND SIXTY-NINE DOLLARS AND NINETY-TWO CENTS ($269.92).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of

FOUR THOUSAND, FOUR HUNDRED AND TWENTY-SIX DOLLARS AND ELEVEN CENTS ($4,426.11) in fees and TWO HUNDRED AND SIXTY-NINE DOLLARS AND NINETY-TWO CENTS ($269.92) in costs under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

      The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: May __8__, 2008_____     _/s/ harvey p. sackett_
*(As authorized via facsimile on May 8, 2008)*
HARVEY P. SACKETT

Attorney for Plaintiff

Dated: May _8_, 2008     JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

_____/s/ geralyn a. gulseth_____
GERALYN A. GULSETH
Special United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

Dated: ___5/14/08_____     PATRICIA V. TRUMBULL
United States Magistrate Judge